# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TORRES ESPARZA, | CV F 07-00556 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT REPLY TO PETITIONER'S OPPOSITION |
| v. | |
| ROSANNE CAMPBELL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 16, 2007, Respondent filed a motion to dismiss the instant petition as time-barred. 28 U.S.C. § 2244(d). Petitioner filed an opposition on August 3, 2007. Respondent has not filed a reply.

In his opposition, Petitioner raises the claim that he did not receive notice of the June 22, 2005, denial by the Stanislaus County Superior Court until February 27, 2006, after he filed the third petition for writ of habeas corpus in the Fifth District Court of Appeal.[1] This claim was not addressed in Respondent's motion to dismiss nor has Respondent filed a reply addressing the claim. In order to adequately resolve the motion to dismiss, a response by Respondent is necessary.

///

---

[1] This claim was raised in his petition for writ of habeas corpus, at pages 17-18. (Court Doc. 1.)

1

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition; and

2. Within thirty (30) days from the date Respondent files its reply, Petitioner may file a sur-reply.

IT IS SO ORDERED.

Dated:   **October 2, 2007**               /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE