# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TORRES ESPARZA, | CV F   07-00556 AWI DLB HC |
|       Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
|   v. | [Doc. 20] |
| ROSANNE CAMPBELL, | |
|       Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Respondent's motion for an extension of time to file a reply to Petitioner's opposition.  (Court Doc. 20.)

Good cause having been presented to the Court, Respondent's motion is GRANTED, and the reply shall be filed on or before December 2, 2007.


IT IS SO ORDERED.

Dated:   November 16, 2007                               /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE