# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TORRES ESPARZA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ROSANNE CAMPBELL,<br><br>　　　　　Respondent.<br>_____/ | CV F   07-00556 AWI DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS; ANSWER SHALL BE FILED WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[Doc. 23] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Pursuant to this Court's order of May 16, 2007, Respondent filed a motion to dismiss on July 16, 2007. (Court Doc. 9.) Petitioner filed an opposition on August 3, 2007. (Court Doc. 17.) On October 3, 2007, the Court directed Respondent to submit a reply to Petitioner's opposition. (Court Doc. 19.) In response to the Court's order, Respondent filed a motion to withdraw the motion to dismiss, on November 20, 2007. (Court Doc. 23.)

　　　　Respondent's request is GRANTED, and an answer to the petition shall be filed within forty-five (45) days from the date of service of this order. Petitioner may file a traverse within thirty (30) days after Respondent files her answer. All other provisions of the Court's May 16, 2007, remain in full force and effect.

　　　　IT IS SO ORDERED.

　　　　Dated:　**November 27, 2007**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1